IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSEPH C. CLARK and
LAWRENCE N. DALTON,

       JUDGMENT IN A CIVIL CASE

    Petitioners,

       Case No. 16-cv-603-jdp

v.

BRIAN FOSTER and JANEL NICKEL,

    Respondents.

    This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying Joseph C. Clark and Lawrence N. Dalton's  petition for a writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this case.

| /s/ | 12/7/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |