NOTICE OF APPEAL TO A COURT OF APPEALS
FROM A JUDGMENT OR ORDER OF A
DISTRICT COURT

United States District Court For The Western
District Of Wisconsin
File Number 3:16-CV-00603

DOC NO
REC'D/FILED
2017 JAN 11 AM 11:55
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Joseph C. Clark (1)
Lawerence N. Dalton (2),
    Petitioner-
    Appellant,

v.

Brian Foster (1)
Michael Dittmann (2),
    Respondent-
    Appellee.

] Notice of Appeal

    Notice is hereby given that Joseph C. Clark and Lawerence N. Dalton, Petitioner-Appellants in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit. From the final judgment and order of Judge James D. Peterson, in the above named court and case number. In which he denied the plaintiff Common Law Writ of Habeas Corpus Petition, various motions that were filed, certificate of appealability, and dismissed the case.

Dated this 6th day of January, 2016.

Respectfully Submitted,

Joseph C. Clark
Pro Se Petitioner
Appellant

and on behalf of

Lawerence N. Dalton
Pro Se Petitioner
Appellant